# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LORINE GAINES, as Personal Representative of the Estate and Mother of VINCENT GAINES,

    Plaintiff,

v.

MARK S. INCH, in his official capacity; JULIE JONES, individually; KEVIN D. JORDAN, individually; CORIZON HEALTH, INC.; and DOES 1-10, in their individual capacities.

    Defendants.

Case No. 3:18-cv-01332-BJD-PDB

## SECOND JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiff LORINE GAINES, as Personal Representative of the Estate and Mother of VINCENT GAINES and Defendants MARK S. INCH, JULIE JONES, KEVIN D. JORDAN, and CORIZON HEALTH, INC. (collectively, the "Parties"), jointly move to extend the case management deadlines in the Court's May 6, 2019 Case Management and Scheduling Order and Referral to Mediation ("Case Management Order"), and in support thereof state as follows:

1. Plaintiff filed this action in the Northern District of Florida on August 1, 2018.

2. On October 30, 2018, the Parties filed a Joint Motion for Transfer of Venue to the Middle District of Florida. The Northern District granted the motion on October 31, 2018.

3. On May 6, 2019, this Court entered its Case Management Order (Dkt. 54).

4. On July 24, 2019, owing to Plaintiff's intention to substitute the Personal Representative of the Estate, and Defendants' pending supplemental responses Plaintiff's discovery, Plaintiff filed her first Unopposed Motion to Extend the Deadline for Motions to Add Parties or to Amend Pleadings.

5. In this motion, Plaintiff also advised the Court of her intention to dismiss Defendant

Jordan from the case and "add several individuals employed by Defendants Inch and Corizon at times material to this litigation." (Dkt. 57). *Id.* at n. 1.

6. On July 26, 2019, the Court granted this Motion (Dkt. 58).

7. On August 20, 2019, Plaintiff filed her Second Unopposed Motion to Extend the Deadline for Motions to Add Parties or to Amend Pleadings, indicating that Defendants' supplementation remained ongoing and confirming that additional time is necessary for the appropriate filings in probate court to substitute the Personal Representative of the Estate.

8. The Court granted this motion, and has ordered the parties to file motions to add parties or to amend pleadings by September 6, 2019.

9. Given the ongoing nature of Defendants' supplementation, the need to meet and confer regarding the sufficiency of Defendants' responses, and the additional Defendants due to be named, served, and to participate in this litigation, and the depositions to be scheduled in the case, the Parties recognize the need to extend the deadlines in the Court's Case Management Order.

10. In addition, Plaintiff's expert witness has informed Plaintiff's counsel that he will need additional time to review Defendants supplemental discovery responses in order to prepare his expert report.

11. Given the necessary review of Defendants' supplemental discovery responses, the depositions still to be scheduled and conducted, and the additional time needed by Plaintiff's expert witness, the Parties respectfully request that the deadlines in the proposed Case Management Report be adjusted as follows:

|  | **Deadline in Case Management Order** | **Requested Extension of Deadline** |
|---|---|---|
| Disclosure of Plaintiff's Expert Reports | September 3, 2019 | January 31, 2020 |
| Disclosure of Defendants' Expert Reports | September 30, 2019 | February 27, 2020 |
| Discovery Deadline | November 4, 2019 | April 2, 2020 |
| Mediation Deadline | February 18, 2020 | July 17, 2020 |
| Dispositive and *Daubert* Motions (Responses due 21 days after service) | December 6, 2019 | May 4, 2020 |
| Motions *In Limine* | March 11, 2020 | August 10, 2020 |
| Responses to Motions *In Limine* | March 18, 2020 | August 17, 2020 |
| All Other Motions | March 18, 2020 | August 17, 2020 |
| Joint Final Pretrial Statement | March 18, 2020 | August 17, 2020 |
| Final Pretrial Conference | March 25, 2020 | August 24, 2020 |
| Trial Term Begins | April 6, 2020 | September 8, 2020 |

12. Counsel for the Parties have conferred and agree with the requested extension to the deadlines in the Case Management Order.

13. This Motion is brought is good faith and not for the purposes of delay.

WHEREFORE, the Parties respectfully request that the Court grant this Second Joint Motion to Extend Case Management Deadlines as outlined herein.

Dated September 3, 2019.

<div style="display: flex;">

<div>

*/s/ Masimba Mutamba*
Masimba M. Mutamba
Florida Bar No.: 102772
mmutamba@hrdc-law.org
Sabarish Neelakanta
Florida Bar No.: 26623
sneelakanta@hrdc-law.org
Daniel Marshall
Florida Bar No.: 617210
dmarshall@hrdc-law.org
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Tel.: (561) 360-2523
Fax: (866) 735-7136

Edwin Ferguson
Florida Bar. No.: 15216
eferguson@thefergusonfirm.net
THE FERGUSON FIRM, PLLC
41 West 27th Street
Riviera Beach, Florida 33404
Tel.: (561) 840-1846
Fax: (561) 840-1642

John Scarola, Esq.
Florida Bar. No. 169440
scarolateam@searcylaw.com
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Tel.: (561) 686-6300
Fax: 561-383-9451

*Attorneys for Plaintiff*

</div>

<div>

*/s/ J. Steven Carter*
J. Steven Carter
Florida Bar No. 896152
scarter@henryblaw.com
Miriam R. Coles
Florida Bar No. 58402
mcoles@henryblaw.com
HENRY BUCHANAN, P.A.
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
Tel.: (850) 222-2920
Fax: (850) 224-0034

*Attorney for Defendants Inch, Jones and Jordan*

*/s/ Gregg A. Toomey*
Gregg A. Toomey, Esq.
Florida Bar. No.: 159689
The Toomey Law Firm LLC
1625 Hendry Street, Suite 203
Ft. Myers, FL 33901
Tel.: (239) 337-1630
Fax: (239) 337-0307
gat@thetoomeylawfirm.com
hms@thetoomeylawfirm.com

*Attorney for Defendant Corizon Health, Inc.*

</div>

</div>

4

## CERTIFICATE OF SERVICE

    I, Masimba M. Mutamba, one of Plaintiff's attorneys, certify that I caused a copy of the foregoing Joint Motion to Extend Case Management Deadlines to be served by operation of the Court's Case Management/Electronic Case Files (CM/ECF) system upon the following attorneys on September 3, 2019:

| | |
|---|---|
| J. Steven Carter, Esq.<br>Miriam Coles, Esq.<br>HENRY BUCHANAN, P.A.<br>Post Office Drawer 14079<br>Tallahassee, FL 32317-4079<br>Tel.: (850) 222-2920<br>Fax: (850) 224-0034<br>scarter@henryblaw.com<br>mcoles@henryblaw.com<br>*Attorney for Defendants Inch, Jones and Jordan* | Gregg Toomey, Esq.<br>The Toomey Law Firm LLC<br>1625 Hendry Street, suite 203<br>Ft. Myers, FL 33901<br>Tel.: (239) 337-1630<br>Fax: (239) 337-0307<br>gat@thetoomeylawfirm.com<br>*Attorney for Defendant Corizon Health, Inc.* |

                                            /s/ *Masimba Mutamba*
                                            Masimba M. Mutamba