UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:18-cv-01332-BJD-PDB

LORINE GAINES, AS SURVIVOR OF VINCENT GAINES,
RUBIN SIMPSON AND EVETT SIMMONS, AS PERSONAL
REPRESENTATIVES OF THE ESTATE,

    Plaintiffs,

vs.

MARK S. INCH, IN HIS OFFICIAL CAPACITY, JULIE JONES,
INDIVIDUALLY, DIANE ANDREWS, INDIVIDUALLY,
DONALD CHRISTOPHER RAY ROSIER, INDIVIDUALLY,
RUSTY JAMES ANDERSON, INDIVIDUALLY, CORIZON
HEALTH, INC., ELLIOT PEREZ-LUGO, M.D.,
INDIVIDUALLY, BIH TAMBI, M.D., INDIVIDUALLY,
ERICKA BISKIE, PSYD, INDIVIDUALLY, AND KELLEY C.
SANDERS, PH.D., INDIVIDUALLY,

    Defendants.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs, LORINE GAINES, as survivor of VINCENT GAINES, and RUBIN SIMPSON and EVETT SIMMONS, as Personal Representatives of the Estate, by and through undersigned counsel, hereby file this Unopposed Motion for Extension of Time to File a Response to (a) Defendants' *Daubert* Motion to Exclude the Causation Testimony of Robert Cohen and Incorporated Memorandum of Law ("Daubert Motion"), ECF No. 104; and (b) Defendants Corizon Health, Inc.'s, Elliott Perez-Lugo, M.D., Bih Tambi, M.D., Ericka Biskie, Psyd, and Kelley C. Sanders, Phd's ("Corizon Defendants") Motion for Summary Judgment, ECF No. 114. In support, Plaintiffs state as follows:

Gaines, Vincent C. E/O vs. Jones, et al.
Case No.: 3:18-cv-01332-BJD-PDB

1. Defendants' *Daubert* Motion was filed on September 24, 2020. ECF No. 104. A response is due on October 30, 2020. ECF No. 123.

2. The Corizon Defendants filed a motion for summary judgment on September 29, 2020. ECF No. 114. A response is due on October 30, 2020. ECF No. 123.

3. Plaintiffs sought and obtained an extension of time [ECF No.123] up to and including Friday, October 30, 2020, in which to respond to the above *Daubert* and all of Defendants' summary judgment motions.

4. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure states: "when an act may or must be done within a specified time frame, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." By its express terms, the Rule affords wide discretion to this Court to enlarge time periods established by the procedural rules or a court order. *See Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

5. Here, good cause exists to extend the time for Plaintiffs to respond. The unexpected and immediate departure of a staff attorney at the Human Rights Defense Center, who served as co-counsel in this matter, has further delayed the ability of Plaintiffs' counsel to respond to pending motions. While Plaintiffs anticipate meeting the extended deadline of October 30, 2020 for most of the responses due on pending motions, an additional two-week extension up to and including November 16, 2020 is requested for Plaintiffs' response to the Corizon Motion for Summary Judgment and for Plaintiffs' response to the pending Daubert Motion.

Gaines, Vincent C. E/O vs. Jones, et al.
Case No.: 3:18-cv-01332-BJD-PDB

6. This enlargement of time is sought in good faith. Plaintiffs neither seek to unreasonably delay the matter before this Court, nor interpose this request to harass or for any other ill-motive. Neither the parties nor the administration of justice will be prejudiced by the granting of this motion.

7. Counsel for Defendants have no objection to the requested extension and other defense counsel have not yet responded with any position regarding this Motion.

8. The trial date in this matter will not be affected by the granting of this motion.

WHEREFORE, Plaintiffs respectfully request an Order allowing Plaintiffs an extension to respond to Defendants' *Daubert* motion, ECF No. 104, and Corizon's summary judgment motion, ECF No. 114, up to and including November 16, 2020.

### Local Rule 3.01(g) Certification

The undersigned hereby certifies to this Court that he has conferred with counsel for Defendants, and that counsel for the Corizon Defendants has stated that he does not object to relief requested herein.

Gaines, Vincent C. E/O vs. Jones, et al.
Case No.: 3:18-cv-01332-BJD-PDB

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-Serve to all Counsel on the attached list, this 23rd day of October, 2020.

*/s/ John C. Scarola*

John Scarola, Esq.
Florida Bar. No. 169440
Attorney E-Mail: jsx@searcylaw.com;
Primary E-Mail: scarolateam@searcylaw.com
and mmccann@searcylaw.com
Elise Sherr Allison
Florida Bar No.: 99154
Attorney E-Mail: eallison@searcylaw.com and
cgreenia@searcylaw.com
Primary E-Mail: allisonteam@searcylaw.com
SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Tel.: (561) 686-6300/Fax: 561-383-9451/9465

Daniel Marshall
Florida Bar No.: 617210
dmarshall@hrdc-law.org
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Tel.: (561) 360-2523/Fax: (866) 735-7136

Edwin Ferguson, Esq.
Florida Bar. No.: 15216
eferguson@thefergusonfirm.net
THE FERGUSON FIRM, PLLC
41 West 27th Street
Riviera Beach, Florida 33404
Tel.: (561) 840-1846/Fax: (561) 840-1642

*Attorneys for Plaintiffs*

Gaines, Vincent C. E/O vs. Jones, et al.
Case No.: 3:18-cv-01332-BJD-PDB

# COUNSEL LIST

J. Steven Carter, Esq. Miriam Coles, Esq.
HENRY BUCHANAN, P.A.
Post Office Drawer 14079 Tallahassee, FL
32317-4079
Tel.: (850) 222-2920
Fax: (850) 224-0034
scarter@henryblaw.com
mcoles@henryblaw.com
*Attorney for Defendants Inch, Jones and Jordan*

Gregg Toomey, Esq.
The Toomey Law Firm LLC 1625 Hendry
Street, suite 203 Ft. Myers, FL  33901
Tel.: (239) 337-1630
Fax: (239) 337-0307
gat@thetoomeylawfirm.com
*Attorney for Defendant Corizon Health, Inc.*

Robert B. Buchanan
SIBONI & BUCHANAN, PLLC
Attorneys for Defendant Rosier 1900 SE
18th Avenue, Suite 300
Ocala, Florida 34471
Primary email: rbuchanan@sbtrial.com
Secondary: aperry@sbtrial.com
Tel: (352) 629-7441
Fax: (352) 629-7745
*Attorney for Defendants Rosier and Anderson*