UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LORINE GAINES,

        Plaintiff,

v.                                              Case No. 3:18-cv-1332-J-39PDB

JULIE JONES et al.,

        Defendants.
_____

**ORDER**

    Eric Taylor, Esquire, moves to withdraw as counsel for the plaintiffs. Doc. 129. Because the plaintiffs will remain represented by other counsel, Doc. 129, and because his withdrawal will not affect case management, the Court **grants** the motion, Doc. 129; permits Mr. Taylor to withdraw as counsel; and directs the **clerk** to amend the docket accordingly.

    **Ordered** in Jacksonville, Florida, on November 10, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

caw 11/10

c:   Counsel of Record