UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.:  3:18-cv-01332-BJD-PDB

LORINE GAINES, AS SURVIVOR OF VINCENT GAINES,
RUBIN SIMPSON AND EVETT SIMMONS, AS PERSONAL
REPRESENTATIVES OF THE ESTATE,

       Plaintiff(s),

vs.

MARK S. INCH, IN HIS OFFICIAL CAPACITY, JULIE
JONES, INDIVIDUALLY, DIANE ANDREWS,
INDIVIDUALLY, DONALD CHRISTOPHER RAY ROSIER,
INDIVIDUALLY, RUSTY JAMES ANDERSON,
INDIVIDUALLY, CORIZON HEALTH, INC., ELLIOT PEREZ-
LUGO, M.D., INDIVIDUALLY, BIH TAMBI, M.D.,
INDIVIDUALLY, ERICKA BISKIE, PSYD, INDIVIDUALLY,
AND KELLEY C. SANDERS, PH.D., INDIVIDUALLY,

       Defendant(s).
_____/

## STIPULATED STATEMENT OF THE NATURE OF THE ACTION

This is a civil case.  To help you follow the evidence, I'll summarize the parties' positions.  The Plaintiff, LORINE GAINES, claims the Defendants deprived her son, VINCENT GAINES, of adequate nutrition and basic medical and mental healthcare for VINCENT GAINES' serious physical and mental illness while Vincent was confined in a Florida State Prison.  According to the Plaintiff, the Defendants' actions resulted in the death of VINCENT GAINES.  The Defendants deny those claims.

Gaines, etal. v. Inch, etal.
Case No.: 3:18-cv-01332-BJD-PDB
Stipulated Statement of the Nature of the Action


Dated:  March 31, 2021                         Respectfully Submitted,


                                               /s/ John Scarola_____
                                               John Scarola, Esq.
                                               Florida Bar. No. 169440
                                               Attorney E-Mail:  jsx@searcylaw.com;
                                               Primary E-Mail:  scarolateam@searcylaw.com
                                               and mmccann@searcylaw.com
                                               Elise Sherr Allison
                                               Florida Bar No.: 99154
                                               Attorney E-Mail:  eallison@searcylaw.com and
                                               cgreenia@searcylaw.com
                                               Primary E-Mail: allisonteam@searcylaw.com
                                               SEARCY DENNEY SCAROLA BARNHART &
                                               SHIPLEY, P.A.
                                               2139 Palm Beach Lakes Boulevard
                                               West Palm Beach, Florida 33409
                                               Tel.: (561) 686-6300/Fax: 561-383-9451/9465

                                               Daniel Marshall
                                               Florida Bar No.: 617210
                                               dmarshall@hrdc-law.org
                                               HUMAN RIGHTS DEFENSE CENTER
                                               P.O. Box 1151
                                               Lake Worth, FL 33460
                                               Tel.: (561) 360-2523/Fax: (866) 735-7136

                                               Edwin Ferguson, Esq.
                                               Florida Bar. No.: 15216
                                               eferguson@thefergusonfirm.net
                                               THE FERGUSON FIRM, PLLC
                                               41 West 27th Street
                                               Riviera Beach, Florida 33404
                                               Tel.: (561) 840-1846/Fax: (561) 840-1642

                                               *Attorneys for Plaintiffs*

Gaines, etal. v. Inch, etal.
Case No.: 3:18-cv-01332-BJD-PDB
Stipulated Statement of the Nature of the Action

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31 st day of March 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record on the Panel Attorney Service List.

                                                      */s/ John Scarola*_____
                                                     John Scarola, Esq.