# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
# CASE No. 3:18-cv-01332-BJD-PDB

LORINE GAINES, as survivor of VINCENT GAINES; RUBIN SIMPSON and EVETT SIMMONS, as Personal Representative of the Estate,

    Plaintiff,

vs.

MARK S. INCH, in his official capacity; JULIE JONES, individually; DIANE ANDREWS, individually; DONALD CHRISTOPHER RAY ROSIER, individually; RUSTY JAMES ANDERSON, individually; CORIZON HEALTH, INC.; ELLIOTT PEREZ-LUGO, M.D., individually; BIH TAMBI, M.D., individually; ERICKA BISKIE, PsyD, individually; and KELLEY C. SANDERS, PhD, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants hereby provide notice to the Court that settlement in this matter has been reached.

                                                  By:  /s/ Gregg A. Toomey
                                                     Gregg A. Toomey
                                                     Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

Edwin Ferguson
*Attorneys for Plaintiff*
The Ferguson Firm
41 W. 27th Street
Riviera Beach, FL 33404
561-840-1846
Email:
eferguson@thefergusonfirm.net
contact@thefergusonfirm.net

Sabarish P. Neelakanta
Daniel Marshall
Jesse W. Isom
*Attorneys for Plaintiff*
Human Rights Defense Center
PO Box 1151
Lake Worth, FL 33460
Phone: 561-360-2523
Fax: 866-735-7136
Email:
sneelakanta@humanrightsdefensecenter.org
dmarshall@humanrightsdefensecenter.org
jwisom@humanrightsdefensecenter.org

John Scarola
Elise Sherr Allison
*Attorneys for Plaintiff*
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: 561-686-6300
Fax: 561-383-9451
Email:
 scarolateam@searcylaw.com
jsx@searcylaw.com
eallison@searcylaw.com
mmccann@searcylaw.com

        THE TOOMEYLAW FIRM LLC
*Attorneys for Defendants Tambi, Biskie, and Perez-Lugo*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239-337-1630
Fax: 239-337-0307
Email: gat@thetoomeylawfirm.com
alr@thetoomeylawfirm.com
hms@thetoomeylawfirm.com

By:   /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689